# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**J.M.H.[1]**,

           **Plaintiff,**

v.                             Case No. 21-1148-DDC

**KILOLO KIJAKAZI,**
**Acting Commissioner of the**
**Social Security Administration,**

           **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 23) filed on September 13, 2022, the Commissioner's decision denying plaintiff's Social Security Disability benefits is affirmed.**

   09/13/2022                                            SKYLER B. O'HARA
     Date                                                   CLERK OF THE DISTRICT COURT

                                                            by:   s/ Megan Garrett
                                                                       Deputy Clerk

---

[1]     The court uses plaintiff's initials here to preserve the privacy interests of Social Security plaintiffs.